**Crocs Gunshop**
11 La Joya Rd.
Glorieta, NM. USA 87535
"WHEN ONLY THE BEST WILL DO"
Call anytime 1-505-757-3461
crocodile@newmexico.com

**Bill To:**
Mr. Jason Hammonds
4477 Saint Michaels Drive SW
Lilburn, Georgia  30047
1-678-358-9927

INSTRUCTIONS:  FFL Dealer on file Tucker Guns LLC. Shipping is $21 per single receiver, $10 per aditional receiver in same shipment.
We will combine shipping to give you the lowest rate. All items ship Fedex Ground insured for full value.
Your receiver is #3,4,5,6 & 7 of 50. We have been advised that deliveries will begin sometime in March/April.
We will advise you as we get updated information on the delivery schedule.
Please send a check for $375.00 as your deposit. You may send the full amount if you wish.
Make the check payable and send to U.S. Equipment LLC. 11 La Joya Rd. Glorieta, NM. 87535.
We will email you another Layaway order 2-3 weeks prior to expected delivery. You must have this Layaway paid in full before we take delivery of your receiver to receive the discounted price of $725.00. Late pays will be bumped to a later delivery date/higher receiver # and or the price will be $775.00. Call with questions we are friendly.
We will need an FFL dealer to ship the receiver to. Please provide us with a name and telephone number of an FFL dealer in your area.
If you want a rifle build please contact us to get on our schedule, we will assemble your parts or our brand new SEI parts. We sell the very best modernized M14 parts available; our rifle builds are for the discerning shooter, Law Enforcement and Military Snipers. We work 7 days a week please call anytime between 8:00am to 8:00pm daily, Mountain Standard Time. Ask for Croc or leave a message please.
Credit Card Merchant Transaction of 3% will be charged on all Credit Card Transactions.
Deposit is Non refundable. In the event of a Gun Control Ban where we are not allowed to sell you your receiver, we will in that instance only provide you with a 100% refund.

**Order Status:  Open**

| Description 1 | Part No# | Size | Qty | Sold | Due | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|
| Receiver, M14 | SEI | .308 Win | 5 | 0 | 5 | $700.00 | $3,500.00 | T |
|  |  | 26.32% |  |  |  |  | less: $1,250.00 |  |
|  |  | Total Qty Ordered: | 5 | 0 | 5 |  |  |  |

Percent Unfilled:  100

**Deposit History**

| Cashier: | Date | Receipt # | Amount | Payment |
|---|---|---|---|---|
|  | 1/10/2013 | 450 | $3,500.00 | Check |

Subtotal: $3,500.00
Exempt  0 % Tax: + $0.00
**TOTAL:** **$3,500.00**
**Deposit Balance:** **$3,500.00**
Balance Due: $0.00

Thank you for your patronage!